### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA SILFEE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>AUTOMATED DATA PROCESSING, INC., and ERG STAFFING SERVICE, LLP<br><br>    Defendants. | CIVIL ACTION NO. 3:15-CV-00023<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 15th day of September, 2016, **IT IS HEREBY ORDERED** as follows:

(1) Defendant Automated Data Processing, Inc.'s Motion to Compel Arbitration and Stay Litigation (Doc. 36) is **DENIED**.

(2) Defendant ERG Staffing Services, LLP's Motion to Compel Arbitration and Stay Litigation (Doc. 40) is **DENIED**.

(3) Defendant Automated Data Processing, Inc.'s Motion to Dismiss Plaintiff's Amended Class Action Complaint for Failure to State a Claim (Doc. 38) is **GRANTED** as to all claims against Automated Data Processing, Inc., which are **DISMISSED with prejudice**.

(4) Plaintiff Joshua Silfee is **DENIED** an opportunity to file a second amended pleading against Defendant Automated Data Processing, Inc.

(5) Defendant ERG Staffing Services, LLP's Motion to Dismiss Plaintiff's Amended Class Action Complaint for Failure to State a Claim (Doc. 42) is **DENIED** as to all claims against ERG Staffing Services, LLP.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge